DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT LEE DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0270

[April 4, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Saint Lucie County; Michael Heisey, Judge; L.T. Case No. 562021CF002664A.

Ashley Nicole Minton of Minton Law, P.A., Fort Pierce, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***